# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE WHITE, <br> 425 Second Street, N.W. <br> Washington, DC 20001, <br><br> *Plaintiff,* <br> v. <br><br> SECRET SERVICE, <br> 950 H. Street, N.W., <br> Washingotn, DC 20223, <br><br> *Defendant.* | Civil Action No. 19-0900 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant United States Secret Service, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1442 (a)(1) and 1446. In support of this Notice, Defendant states as follows:

1. The United States Secret Service is a defendant in this civil action styled *Monique White v. Secret Service,* now pending in the Superior Court of the District of Columbia; Civil Action No. 2019 CA 000914 B.

2. The above-titled action was filed on or about February 12, 2019, and the U.S. Attorney's Office received a copy of the complaint on March 4, 2019. The complaint is attached hereto as Exhibit A.

3. In her complaint, Plaintiff alleges abuse of process, false arrest, and invasion of privacy. Plaintiff seeks $450 million. *See* Complaint, Exhibit 1.

4. Plaintiff's claims are ones for which the District Court would have original jurisdiction. Because the suit was filed in the Superior Court of the District of Columbia, it should be removed to the federal court.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1442 (a)(1) and 1446.

Dated: March 29, 2019

Respectfully submitted,

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division

_/s/_ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Scott.Sroka@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 29, 2019, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon:

Monique White
425 2nd Street, N.W.
Washington, DC 20001

                                                       /s/ *Scott Leeson Sroka*
                                             SCOTT LEESON SROKA
                                             Member of New York Bar
                                             Assistant United States Attorney
                                             555 4th Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 252-7113
                                             Scott.Sroka@usdoj.gov