**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**19-0000914**

**Plaintiff**

*vs.*   Monique White
425 2nd st.
N.W. Wash. DC

CIVIL ACTION No. _____

**Defendants**
Secret Service
950 H. St. NW Wash. DC 20253
**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

- Micro Chip placed inside of me and I didn't ask for it
- March 2018 • arrested by donald trump and the secret
- Stalked   Service.
- The secret service • Hospital services denied at hospital "medical malpractice"
- The Russians have been and is still poisoning
has been trying to   up for myself.
kill me with "CANCER" Me • Arrested for taking up for myself.
and killed alot of • arrested 3 more times by the police and
my family members   secret Service for no apparent Reason.

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 450 million
**with interest and costs.**

202 · 779 · 5564
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Monique White **, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.**

M. White
**(Plaintiff**                                                    **Agent)**

**Subscribed and sworn to before me this** _____ **day of** 2-19-19 **20** ____.

**(Notary Public/Deputy Clerk)**

FORM CV-1013/ Nov. 00